ANNIE A. SEARS, Appellant, *v.* THE STATE OF NEW YORK, Respondent.   (Claim No. 23245.)

BERTHA S. FRANCIS, Appellant, *v.* THE STATE OF NEW YORK, Respondent.   (Claim No. 23246.)

(Argued January 22, 1936; decided March 3, 1936.)

*Charles Roden* and *Robert C. Fulton, Jr.,* for appellants.
*John J. Bennett, Jr., Attorney-General (Leon M. Layden* and *Burns F. Barford* of counsel), for respondent.

In each case, order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J.